PATRICK P. GUNN (SBN 172258)
*PGunn@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, 32nd Floor
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

REBECCA L. TARNEJA (SBN 293461)
*RTarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
TA3, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAUREN WOLF-BOND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TA3, INC. and ROUTE APP, INC.,<br><br>Defendants. | Case No. 2:25-cv-2665<br><br>**DEFENDANT TA3, INC.'S CONSENT TO REMOVAL** |

Pursuant to 28 U.S.C. § 1446(b)(2), defendant TA3, Inc., through its undersigned counsel, hereby consents to the removal of the above-captioned proceeding from the Superior Court of California for the County of Los Angeles to the United States District Court for the Central District of California.

Dated: March 26, 2025

Respectfully submitted,

By: */s/ Rebecca L. Tarneja*
PATRICK P. GUNN
*PGunn@goodwinlaw.com*
REBECCA L. TARNEJA
*RTarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant
TA3, INC.