Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
Amanda J. Rosenberg (SBN 278507)
arosenberg@kalielgold.com
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783

Sophia G. Gold (SBN 307971)
sgold@kalielgold.com
**KALIELGOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAUREN WOLF-BOND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TA3, INC. and ROUTE APP, INC.,<br><br>Defendants. | Case No.: 2:25-cv-02665-PA-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT T3, INC., ONLY**<br><br>Hon. Percy Anderson |

Plaintiff Lauren Wolf-Bond, does and hereby dismisses this action as to Defendant TA3, Inc., only. Plaintiff and the putative class intend to continue to pursue this action against Defendant Route App, Inc.

Dated: April 18, 2025                    **KALIELGOLD PLLC**

By: */s/ Amanda J. Rosenberg*
Jeffrey D. Kaliel
Sophia G. Gold
Amanda J. Rosenberg

*Attorneys for Plaintiff and the Putative Classes*