Jeffrey D. Kaliel (SBN 238293)
*jkaliel@kalielpllc.com*
Amanda J. Rosenberg (SBN 278507)
*arosenberg@kalielgold.com*
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783

Sophia G. Gold (SBN 307971)
*sgold@kalielgold.com*
**KALIELGOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAUREN WOLF-BOND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROUTE APP, INC.,<br><br>Defendant. | Case No.: 2:25-cv-2665-PA-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Lauren Wolf-Bond, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

All Claims of Plaintiff Lauren Wolf-Bond individually, are hereby dismissed without prejudice.

1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: April 28, 2025 | **KALIELGOLD PLLC** |
| 2 | | |
| 3 | | By: /s/*Amanda Rosenberg* |
| | | Jeffrey D. Kaliel |
| 4 | | Sophia G. Gold |
| | | Amanda J. Rosenberg |
| 5 | | |
| 6 | | *Attorneys for Plaintiff and the Putative Class* |

2
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**